Murray BENDER v. Thos. W. MEREDITH.
No. 5777.

Circuit Court of Appeals, Sixth Circuit.
Dec. 15, 1931.

Squire, Sanders & Dempsey, of Cleveland, Ohio, for appellant.

Stanley, Horwitz & Kiefer, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

Charles BESS and S. B. Bess v. UNITED STATES.
No. 6118.

Circuit Court of Appeals, Sixth Circuit.
Feb. 2, 1932.

Wm. Tyler, Jr., of Nashville, Tenn., for appellants.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

Nickola BOLKAVAC v. John L. ZURBRICK, District Director of Immigration.
No. 5898.

Circuit Court of Appeals, Sixth Circuit.
Nov. 3, 1931.

O. Guy Frick, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., and Wm. G. Comb, Asst. U. S. Atty., both of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation.

Clarence Alfred BREWER, a Minor, by L. D. Brewer, His Next Friend, v. ST. LOUIS–SAN FRANCISCO RAILWAY COMPANY, a Corporation.
No. 559.

Circuit Court of Appeals, Tenth Circuit.
April 11, 1932.

F. A. Rittenhouse, of Oklahoma City, Okl., for appellant.

E. T. Miller, of St. Louis, Mo., for appellee.

Before LEWIS and McDERMOTT, Circuit Judges, and POLLOCK, District Judge.

PER CURIAM.

Appeal dismissed, for failure to prosecute.

Charles L. BROWN, Adm'r, v. Lizzie Viola HADLEY et al.
No. 6234.

Circuit Court of Appeals, Sixth Circuit.
June 27, 1932.

Jos. T. Harrison, of Cincinnati, Ohio, for appellant.

J. G. DeFosset, of Cincinnati, Ohio, for appellees.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellees.